OCTOBER 6, 1964

Reap. Dec. 10831.—Karl Schroff & Associates, Inc. *v.* United States, reappraisements R62/14016 and R62/14017. Reappraisements dismissed September 2, 1964. Entered at Chicago, Ill. (Not published.) Motion by plaintiff.